## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Phillander Bryant_
(Please print)

STREET ADDRESS: _4347 W Jackson Blvd_

CITY/STATE/ZIP: _Chicago IL 60624_

PHONE NUMBER: _773-378-6175_

CASE NUMBER:      **08CV4561**
**JUDGE LEINENWEBER**
**MAG. JUDGE SCHENKIER**

_Phillander Bryant_              _8-12-08_
Signature                         Date

**FILED**
AUG 12 2008
Aug 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT